USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LARRY SEABROOK, :
:
Petitioner, :
: 16-CV-1676 (VSB) (JLC)
- against - :
: **ORDER**
:
UNITED STATES OF AMERICA, :
:
Respondent. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    I recently received a letter from George C. Crouch in support of Petitioner's petition for writ of habeas corpus. The letter will be docketed, although I am not currently ruling on whether it is appropriate to consider the letter in connection with Petitioner's petition. Respondent shall have fourteen days to respond to the substance of the letter, and should also address whether I may consider the letter when deciding the merits of the petition. Counsel for Petitioner shall have seven days to respond to the Government's submission.

SO ORDERED.

Dated: July 9, 2020
      New York, New York

*Vernon S. Broderick*
United States District Judge